AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

|  |  |  |  |
|---|---|---|---|
| Fremgen, et al | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:21-cv-351-GHW-DCF |
| Amazon.com, Inc., et al | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Amazon.com, Inc.                                                                                          .

Date:      02/12/2021

*Attorney's signature*

Jonathan B. Pitt (SDNY Bar No. jp0621)
*Printed name and bar number*

Williams & Connolly LLP
650 Fifth Avenue, Suite 1500
New York, NY 10019

*Address*

jpitt@wc.com
*E-mail address*

(202) 434-5000
*Telephone number*

(202) 434-5029
*FAX number*