UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SHANNON FREMGEN, MARY CHRISTOPHERSON-JUVE, DENISE DELEON, SANDRA WILDE, MICHAEL WILDER, on behalf of themselves and all other similarly situated,**<br><br>          Plaintiffs,<br>     v.<br>**AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC.; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,**<br>          Defendants. | Case Number 1:21-CV-00351-GHW-DCF<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

## Rule 7.1 Corporate Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Amazon.com, Inc., by and through its undersigned counsel, submits this disclosure in the above-captioned action and respectfully states as follows:

Amazon.com, Inc. is a publicly traded company. No company owns more than 10% of its outstanding stock.

Dated:  February 16, 2021

Respectfully Submitted,

/s/ Jonathan B. Pitt
Jonathan B. Pitt (S.D.N.Y. Bar No. jp0621)
WILLIAMS AND CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

650 Fifth Avenue, Suite 1500
New York, NY 10019
Tel.: (202) 434-5000
Fax: (202) 434-5029
jpitt@wc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Rule 7.1 Corporate Disclosure Statement has been filed and served upon counsel for Plaintiffs via ECF electronic notification and via electronic mail.

Dated: February 16, 2021

Respectfully Submitted,

/s/ Jonathan B. Pitt
Jonathan B. Pitt (S.D.N.Y. Bar No. jp0621)
WILLIAMS AND CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005

650 Fifth Avenue, Suite 1500
New York, NY 10019
Tel.: (202) 434-5000
Fax: (202) 434-5029
jpitt@wc.com