USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON FREMGEN, MARY CHRISTOPHERSON-JUVE, DENISE DELEON, SANDRA WILDE, MICHAEL WILDER, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,<br><br>        Defendants. | Case Number 1:21-cv-351-GHW-DCF |
| JORDAN SACKS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Case Number 1:21-cv-421-GHW-DCF |
| BONNIE WEINBERGER, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>       Defendant. | Case Number 1:21-cv-615-GHW-DCF |

| | |
|---|---|
| MARIACRISTINA BONILLA on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC., | Case Number 1:21-cv-01130 |

GREGORY H. WOODS, United States District Judge:

  Before the court is a motion by plaintiffs in the above-captioned actions and Amazon, a defendant in each of those actions. The parties request that the above-captioned cases be consolidated. Any opposition to the consolidation of these actions shall be due no later than ten days after the entry of this order; any reply to such opposition shall be due no later than seven days after the filing and service of the opposition.

  SO ORDERED.

Dated: February 24, 2021

                          GREGORY H. WOODS
                          United States District Judge