Case 1:21-cv-00351-GHW-DCF   Document 53   Filed 03/08/21   Page 1 of 3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON FREMGEN, MARY CHRISTOPHERSON-JUVE, DENISE DELEON, SANDRA WILDE, MICHAEL WILDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case Number 1:21-cv-351-GHW-DCF<br><br><u>ORDER</u> |
| JORDAN SACKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case Number 1:21-cv-421-GHW-DCF |
| BONNIE WEINBERGER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | Case Number 1:21-cv-615-GHW-DCF |

| | |
|---|---|
| MARIACRISTINA BONILLA on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.,<br><br>        Defendant. | Case Number 1:21-cv-01130 |
| ETHAN SILVERMAN and JEFFERY TOMASULO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case Number 1:21-cv-01256 |
| JEFFREY COOK, and SUSAN COOK, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case Number 1:21-cv-01369-GHW-DCF |

| | |
|---|---|
| CECILY LERNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.; HACHETTE BOOK GROUP, INC; HARPERCOLLINS PUBLISHERS L.L.C.; MACMILLAN PUBLISHING GROUP, LLC; PENGUIN RANDOM HOUSE LLC; SIMON & SCHUSTER, INC.,<br><br>Defendants. | Case Number 1:21-cv-01561 |

GREGORY H. WOODS, District Judge:

Before the Court are several motions, all of which were filed on February 23, 2021, in which the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman") seeks appointment as interim lead counsel in a series of putative class actions against Amazon and other defendants. Dkt. No. 23, Case No. 1:21-cv-00351-GHW-DCF; Dkt. No. 16, Case No. 1:21-cv-00615-GHW; Dkt. 12, Case No. 1:21-cv-00421-GHW-DCF; Dkt. No. 25, Case No. 1:21-cv-01369-GHW-DCF; Dkt No. 10, Case No. 1:21-cv-01130-GHW-DCF; Dkt. No. 18, Case No. 1:21-cv-01561-GHW. Under Federal Rule of Civil Procedure 23(g)(3), "[t]he court may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." In considering the appointment of interim lead counsel, the court "look[s] to the same factors used in determining the adequacy of class counsel under Rule 23(g)(1)(A)." *In re Mun. Derivatives Antitrust Litig.*, 252 F.R.D. 184, 186 (S.D.N.Y. 2008).

While Hagens Berman's request for appointment is currently unopposed, the Court wishes to provide an opportunity for interested persons to state their objection, if any, to such appointment. Accordingly, is HEREBY ORDERED that any opposition to the appointment of Hagens Berman as interim lead counsel in the above-captioned actions shall be due no later than seven days after the entry of this order; any reply to such opposition shall be due no later than four days after the filing and service of the opposition.

SO ORDERED.

Dated: March 8, 2021
New York, New York

GREGORY H. WOODS
United States District Judge