The Clerk of Court of the Southern District of New York is directed to docket the within **ORDER** in each of the following actions:

*Fremgen et al v. Amazon.com, Inc.* 1:21-cv-00351-GHW-DCF
*Sacks v. Amazon.Com, Inc.* 1:21-cv-00421-GHW-DCF
*Weinberger v. Amazon.com, Inc.* 1:21-cv-00615-GHW-DCF
*Bonilla v. Amazon.Com, Inc* 1:21-cv-01130-GHW-DCF
*Silverman et al v. Amazon.Com, Inc. et al* 1:21-cv-01256-GHW-DCF
*Cook et al v. Amazon.Com, Inc. et al* 1:21-cv-01369-GHW-DCF
*Lerner v. Amazon.com, Inc. et al* 1:21-cv-01561-GHW-DCF
*Bookends & Beginnings LLC v. Amazon.com, Inc. et al* 1:21-cv-02584-GHW-DCF

**DEBRA FREEMAN, United States Magistrate Judge:**

The above-referenced related cases having been referred to this Court for general pretrial supervision, it is hereby ORDERED as follows:

1. This Court will hold an initial pretrial conference in these cases, collectively, on July 13, 2021 at 10:00 a.m. The conference will be held telephonically, and the parties are directed to call the following Toll-Free Number: 877-411-9748 and use Access Code: 9612281.

2. In each of the above-referenced cases, the parties are directed to file, no later than July 6, 2021, a jointly proposed discovery plan, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. Prior to making such filings, however, the parties in the various cases are directed to confer, so as to determine whether a single, coordinated discovery schedule for all of the cases would be appropriate. The parties' submissions should address all of the matters set out in Rule 26(f)(3), and should specifically include proposed deadlines for:

   a. service of initial disclosures under Rule 26(a)(1);

   b. service of initial document requests and interrogatories;

   c. any motion for joinder of other parties or amendment of the pleadings;

       d.      completion of fact discovery; and

       e.      expert disclosures and the completion of expert discovery, if any.

Dated: New York, New York
       May 4, 2021

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All counsel (via ECF)