LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JONATHAN B. PITT
(202) 434-5341
jpitt@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 7, 2021

**VIA ECF FILING**

Honorable Gregory H. Woods, U.S. District Court Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl St.
New York, NY 10007-1312

  Re: *In re: Amazon.com, Inc. eBook Antitrust Litigation.*, No. 1:21-cv-351-GHW-DCF

Dear Judge Woods:

  I represent Defendant Amazon.com ("Amazon") in the above-captioned matter. I write to seek amendment of the Court's May 24, 2021 Joint Stipulation And Order For Consolidation And Setting Deadlines ("Order") (ECF No. 40) regarding the time for Defendants to file any pre-motion letter in response to the Consolidated Amended Class Action Complaint ("CAC") that Plaintiffs filed on June 2, 2021 (ECF No. 67) until July 23, 2021.

  Under the Court's May 24 Order, Defendants' time to file any pre-motion letter in response to the June 2 CAC is on or before June 14. When the parties originally submitted their Joint Stipulation and Proposed Order for Consolidation and Setting Deadlines, it was contemplated that the various scheduling dates that were proposed would be triggered by an order or orders consolidating all of the eBook cases and appointment of class counsel. *See* May 24 Order at ¶ 6(a). The Court subsequently issued two orders: the first on April 15, 2021 appointing interim lead counsel (ECF No. 54), and the second on May 24 addressing consolidation and scheduling. Because the deadlines set forth in the May 24 Order are calculated from the April 15 appointment of interim counsel (rather than the order addressing consolidation which was necessary before the CAC could be filed), Defendants believe that they inadvertently proposed a schedule providing less time to assess and respond to the new CAC, which includes new claims and new allegations, than the parties originally contemplated at the time they submitted their proposed schedule. The July 23 response date that we now request is 60 days from the Court's May 24 Order that consolidated the eBook cases (rather than 60 days from the appointment of interim lead counsel), and we believe is consistent with what the parties originally contemplated when they submitted their Joint Stipulation and Proposed Order for Consolidation and Setting Deadlines.

WILLIAMS & CONNOLLY LLP

Hon. Gregory H. Woods
June 7, 2021
Page 2

      For these reasons, Amazon respectfully requests that Defendants' time to file a pre-motion letter in response to the CAC be extended until July 23.  Defendants have conferred with Plaintiffs' interim lead counsel and they do not oppose this request.

                                                            Respectfully submitted,

                                                    /s/ Jonathan B. Pitt
                                                    Jonathan B. Pitt