**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re: Amazon.com, Inc. eBook Antitrust Litigation*<br><br>This Document Relates To:<br><br>*Weinberger v. Amazon.com, Inc.,*<br>1:21-cv-615-GHW-DCF | Case No. 1:21-cv-351-GHW-DCF |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Bonnie Weinberger, Case No. 1:21-cv-615-GHW-DCF, voluntarily dismisses her claims against all Defendants without prejudice. Ms. Weinberger does not waive her rights to participate in the ongoing consolidated action as a member of any putative class.

Dated: June 18, 2021

/s/ *Gregory B. Linkh*

Gregory B. Linkh (GL-0477)
**GLANCY PRONGAY & MURRAY LLP**
230 Park Ave., Suite 538
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Jeffrey L. Spector (*pro hac vice*)
SPECTOR ROSEMAN & KODROFF PC
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
Email: jspector@srkattorneys.com

*Counsel for Plaintiff Bonnie Weinberger*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2021, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

To the best of my knowledge, there are no other attorneys or parties who require service by U.S. Mail.

>*/s/ Gregory B. Linkh*
>Gregory B. Linkh (GL-0477)
>**GLANCY PRONGAY & MURRAY LLP**
>230 Park Ave., Suite 538
>New York, New York 10169
>Telephone: (212) 682-5340
>Facsimile: (212) 884-0988
>glinkh@glancylaw.com
>*Counsel for Plaintiff Bonnie Weinberger*