UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

*In Re Amazon.com, Inc. eBook Antitrust Litigation*

Case No. 1:21-cv-00351-GHW-DCF

**MOTION FOR ADMISSION**
***PRO HAC VICE***

―――――――――――――――――――――――――――――

Pursuant to Rule 1.3 of the Local Rules of the United States courts for the Southern and Eastern Districts of New York, I, Brant D. Penney, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Robert Etten in the above captioned action.

I am in good standing of the bar of the state of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached an affidavit and Certificate of Good Standing pursuant to Local Rule 1.3.

Dated:__July 1, 2021_____

Respectfully submitted,

__*/s/ Brant D. Penney*_____
Brant D. Penney
Reinhardt Wendorf & Blanchfield
332 Minnesota Street, Suite W1050
St. Paul, MN  55101
Tel:  651-287-2100
Fax: 651-287-2103
E-Mail:  b.penney@rwblawfirm.com