UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re Amazon.com, Inc. eBook Antitrust Litigation*

Case No. 1:21-cv-00351-GHW-DCF

**AFFIDAVIT OF BRANT D. PENNEY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF RAMSEY    )

I, Brant D. Penney, being duly sworn, depose and state:

1. I am a partner at the law firm of Reinhardt Wendorf & Blanchfield. I submit this Affidavit in support of my motion for admission *pro hac vice* as counsel for plaintiff Robert Etten in the above-captioned action.

2. As shown in the attached Certificate of Good Standing, I am a member in good standing of the bars of the State of Minnesota.

3. There are no pending disciplinary proceedings against me in any state or federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. I swear under penalty of perjury that the information provided above is true and accurate.

_____
Brant D. Penney

Subscribed and sworn to before me this 30th day of June, 2021.

_____
Notary Public



KATHLEEN A. SCHULTE
Notary Public
State of Minnesota
My Commission Expires
January 31, 2025

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

**BRANT DOUGLAS PENNEY**

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 10, 2002

Given under my hand and seal of this court on

June 16, 2021

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration