UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In Re Amazon.com, Inc. eBook Antitrust Litigation*

Case No. 1:21-cv-00351-GHW-DCF

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The Motion of Brant D. Penney for admission to practice *Pro Hac Vice* in the above-captioned action is **GRANTED**.

Applicant has declared that he is a member in good standing of the Bars of the State of Minnesota; and that his contact information is as follows:

Applicant's Name: Brant D. Penney

Firm Name: Reinhardt Wendorf & Blanchfield

Address: 332 Minnesota St., Suite W1050

City / State / Zip: St. Paul, MN  55101

Telephone / Fax:  Ph: (651) 287-2100; Fax: (651) 287-2103

Applicant requested admission *Pro Hac Vice* to appear for all purposes as counsel for the plaintiff Robert Etten in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                              _____

United States District / Magistrate Judge