# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMAZON.COM, INC. EBOOK ANTITRUST LITIGATION | Case No. 1:21-cv-351-GHW-DCF<br><br>**ORAL ARGUMENT REQUESTED** |

## PUBLISHER DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants Hachette Book Group, Inc., HarperCollins Publishers LLC, Macmillan Publishing Group LLC, Penguin Random House LLC, and Simon & Schuster, Inc.'s (collectively, "Publisher Defendants") Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint, Publisher Defendants hereby move this Court, before the Honorable Gregory H. Woods, United States District Judge and the Honorable Debra Freeman, United States Magistrate Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order dismissing Plaintiff's Amended Class Action Complaint (ECF No. 67) in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and for such other and further relief as the Court deems just and appropriate.

170429854

| | |
|---|---|
| Dated: September 17, 2021 | Respectfully submitted, |

/s/ Jennifer B. Patterson
Jennifer B. Patterson
Margaret A. Rogers
Saul P. Morgenstern
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8740
Facsimile: (212) 836-8689
jennifer.patterson@arnoldporter.com
margaret.rogers@arnoldporter.com
saul.morgenstern@arnoldporter.com

*Attorneys for Defendant Penguin Random House LLC*

/s/ C. Scott Lent
C. Scott Lent
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8220
Facsimile: (212) 836-8689
scott.lent@arnoldporter.com

*Attorney for Defendant HarperCollins Publishers LLC*

/s/ Rich Snyder
Rich Snyder
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
Telephone: (202) 777-4565
Facsimile: (202) 507-5965
richard.snyder@freshfields.com

*Attorney for Defendant Hachette Book Group, Inc.*

/s/ Joel Mitnick
Joel Mitnick
**CADWALLER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6555
Facsimile: (212) 504-6666
joel.mitnick@cwt.com

*Attorney for Defendant Macmillan Publishing Group, LLC*

170429854

/s/ Yehudah L. Buchweitz
Yehudah L. Buchweitz
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8256
Facsimile: (212) 310-8007
yehudah.buchweitz@weil.com

Jeff L. White
2001 M Street, NW
Washington, DC 20036
Telephone: (202) 682-7059
Facsimile: (202) 857-0940
jeff.white@weil.com

*Attorneys for Defendant Simon & Schuster, Inc.*

3

170429854