# CADWALADER

Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel +1 212 504 6000  Fax +1 212 504 6666
www.cadwalader.com

September 30, 2021

**VIA ECF**

Magistrate Judge Debra C. Freeman
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   (1) *In Re Amazon.com, Inc. eBook Antitrust Litigation*, 1:21-cv-00351
         (2) *Bookends & Beginnings LLC v. Amazon, et al.*, 1:21-cv-02584

Dear Magistrate Judge Freeman:

    I write on behalf of all Parties in the above-referenced actions with an update on the status of negotiations related to discovery proceedings. The Parties have exchanged drafts of (1) a protective order governing the confidentiality of certain types of discovery and (2) a stipulated order regarding ESI and general discovery protocols. At this time, negotiations among the Parties remain ongoing and are moving forward towards a consensual resolution of any outstanding disagreements regarding discovery protocols and a protective order.

    The Parties have agreed to meet and confer in the coming weeks and will either jointly submit proposed discovery protocols and a protective order by November 1, 2021, or, if they cannot agree, provide the Court with their respective proposals at that time.

Dated: September 30, 2021

    Respectfully submitted,

    By: */s/ Joel Mitnick*
    Joel Mitnick

    *Counsel for Defendant Macmillan Publishing Group, LLC.*

**Joel Mitnick**  Tel 212 504 6555   Fax 212 504 6666   joel.mitnick@cwt.com

CADWALADER

Magistrate Judge Debra C. Freeman
September 30, 2021

cc: Honorary Gregory H. Woods, U.S. District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

cc: All Counsel of Record (via ECF)