UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

In Re Amazon.com, Inc. eBook Antitrust Litigation        Plaintiff,

Case No. 1:21-cv-00351-GHW-DCF

-against-

This Document Relates to All Actions        Defendant.

-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Kellie Lerner_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KL-0927          My State Bar Number is NY 4446472

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Robins Kaplan LLP
              FIRM ADDRESS: 900 Third Avenue, Suite 1900 | New York, NY 10022
              FIRM TELEPHONE NUMBER: 212-980-7400
              FIRM FAX NUMBER: 212-980-7499

NEW FIRM:     FIRM NAME: Robins Kaplan LLP
              FIRM ADDRESS: 1325 Avenue of the Americas, Ste 2601 | New York, NY 10019
              FIRM TELEPHONE NUMBER: 212-980-7400
              FIRM FAX NUMBER: 212-980-7499

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 13, 2022

_____
ATTORNEY'S SIGNATURE