```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

*In Re Amazon.com, Inc. eBook Antitrust Litigation* :
:
:
:                                    1:21-cv-351
:
:                              AMENDED ORDER
:                           REFERRING CASE TO
:                          MAGISTRATE JUDGE
:
-------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

The above entitled action is referred to a United States magistrate judge for the following purpose:

__X__ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific non-dispositive motion/dispute: _____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement

____ Inquest after default/damages hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

____ Habeas corpus

____ Social Security

__X__ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: __Defendants' motions to dismiss, Dkt. Nos. 96 and 98.__

All such motions: _____ _____

SO ORDERED.

Dated: June 24, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge