UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE AMAZON.COM. INC. EBOOK
ANTITRUST LITIGATION,

-------------------------------------------------------------------X

21-CV-00351 (GHW) (VF)

**ORDER SCHEDULING ORAL ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

An oral argument in this matter is hereby scheduled for **Thursday, July 28, 2022, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**.

SO ORDERED.

DATED:    New York, New York
         June 28, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge