

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA  98101

www.hbsslaw.com
**Direct (206) 268-9320**
steve@hbsslaw.com

T 206.623.7292   F 206.623.0594

August 8, 2022

<u>**VIA ECF**</u>

Honorable Gregory H. Woods
Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *In Re Amazon.com, Inc. eBook Antitrust Litigation*, 1:21-cv-00351 (*eBooks*)

Dear Judge Woods:

    Pursuant Magistrate Judge Valerie Figueredo's Report and Recommendation (the "Report") [ECF 161] and Rule 1.E of this Court's Individual Rules of Practice in Civil Cases, Plaintiffs in the above referenced proposed class action submit this letter respectfully requesting that the Court grant Plaintiffs an extension of time to file their objection to Judge Figueredo's 54-page Report.

    Plaintiffs' objection is due on August 17, 2022. Plaintiffs request an extension until August 31, 2022, to file their objection. This is Plaintiffs' first request for an extension of time to file an objection to the Report. Plaintiffs' request has no impact on other scheduled dates in this matter. Plaintiffs make this request because attorneys serving as Plaintiffs' counsel have professional obligations and long-standing family vacations scheduled immediately before the objection's due date. Defendants informed Plaintiffs that they take "no position" on Plaintiffs' extension request but, if granted, Defendants would like a similar extension of time to file their response to Plaintiffs' objection.

August 8, 2022
Page 2

      Plaintiffs therefore respectfully request that the Court grant Plaintiffs until up to and including August 31, 2022, to file their objection in response to the Report.

                                             Sincerely,

                                             HAGENS BERMAN SOBOL SHAPIRO LLP

                                             Steve W. Berman

                                             *Interim Lead Counsel for EBooks Plaintiffs*

SWB:bam
cc: All Counsel of Record (via ECF)