

T 206.623.7292   F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9320**
steve@hbsslaw.com

August 25, 2022

<u>Via ECF</u>

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *In Re Amazon.com, Inc. eBook Antitrust Litigation*, 1:21-cv-00351 (*eBooks*)

Dear Judge Woods:

    Pursuant Rule 3.H of this Court's Individual Rules of Practice in Civil Cases, Plaintiffs in the above referenced proposed class action submit this letter respectfully requesting that the Court grant Plaintiffs five additional pages for their objection to Magistrate Judge Valerie Figueredo's Report and Recommendation (the "Report") [ECF 161].

    Under Rule 3.H, Plaintiffs' anticipated objection is limited to only 25 pages, but this Court may grant Plaintiffs leave to file an objection in excess of that limit. While drafting their objection, Plaintiffs have learned that five additional pages are necessary to adequately object to Judge Figueredo's 54-page Report. Defendants informed Plaintiffs that they have no objection to Plaintiffs' request for five additional pages for their objection. Further, Plaintiffs agree to the Court granting Defendants' five additional pages for any objection to the Report or reply to Plaintiffs' objection to the Report.

...

August 25, 2022
Page 2

      Plaintiffs therefore respectfully request that the Court extend the page limit for Plaintiffs' objection to the Report from 25 pages to 30 pages.

      Sincerely,

      HAGENS BERMAN SOBOL SHAPIRO LLP

      Steve W. Berman

      *Interim Lead Counsel for EBooks Plaintiffs*

SWB:bam
cc: All Counsel of Record (via ECF)