

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9320**
steve@hbsslaw.com

T 206.623.7292   F 206.623.0594

October 12, 2022

<u>**VIA ECF**</u>

Magistrate Judge Valerie Figueredo
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *In Re Amazon.com, Inc. eBook Antitrust Litigation*, 1:21-cv-00351 (*eBooks*)

Dear Judge Figueredo:

     Plaintiffs in the above referenced proposed class action submit this letter to respectfully request that the Court grant them an extension of time until up to and including November 21, 2022, to file their amended complaint.

     On September 29, 2022, this Court entered an order (the "Order") granting Plaintiffs until October 31, 2022, to file an amended complaint. [ECF No. 170.] This Court also granted the plaintiff in a related matter, *Bookends & Beginnings LLC v. Amazon.com, Inc., et al.*, 1:21-cv-02584 ("Bookends matter"), until October 31, 2022, to file its amended complaint. This is Plaintiffs' first request for an extension of time to file an amended complaint in accord with this Court's Order. Plaintiffs' request has no impact on other scheduled dates in this matter. Plaintiffs make this request because attorneys serving as Plaintiffs' counsel in this action also serve as plaintiff's counsel in the Bookends matter. Consequently, counsel is working to draft amended complaints in both matters simultaneously. Defendants do not agree to Plaintiffs' request.

     Plaintiffs therefore respectfully requests that the Court grant Plaintiffs until up to and including November 21, 2022, to file an amended complaint in accord with the Court's Order.

SEATTLE   BERKELEY   BOSTON   CHICAGO   LOS ANGELES   NEW YORK   PHOENIX   SAN DIEGO   LONDON

October 12, 2022
Page 2

        Sincerely,

        HAGENS BERMAN SOBOL SHAPIRO LLP

        Steve W. Berman

        *Interim Lead Counsel for eBooks Plaintiffs*

SWB:bam
cc: All Counsel of Record (via ECF)

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
Dated: 10/14/22

The request for an extension of time, until November 21, 2022, to file an amended complaint is granted. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 172.