**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE AMAZON.COM. INC. EBOOK
ANTITRUST LITIGATION,

-------------------------------------------------------------------X

**21-CV-00351 (GHW) (VF)**

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A status conference in this matter is hereby scheduled for **Thursday, January 5, 2023, at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

SO ORDERED.

DATED:   New York, New York
         December 6, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge