UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE AMAZON.COM. INC. EBOOK
ANTITRUST LITIGATION,
-----------------------------------------------------------------X

21-CV-00351 (GHW) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed during today's conference, below is the briefing schedule for Defendants' motion to dismiss: the Publisher Defendants and Amazon will file their opening briefs on or before January 23, 2023; Plaintiffs will file their consolidated opposition brief on or before March 6, 2023, and the Publisher Defendants and Amazon will file their reply briefs on or before April 5, 2023.

**SO ORDERED.**

DATED:   New York, New York
         January 5, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge