UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

In Re Amazon.com, Inc. eBook Antitrust Litigation    Plaintiff,

Case No. 1:21-cv-00351-GHW-VF

-against-

This Document Relates to All Actions    Defendant.

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Richard S. Snyder**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is 486483

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Freshfields Bruckhaus Deringer LLP
            FIRM ADDRESS: 700 13th St. NW  10th Floor  Washington, DC 20005
            FIRM TELEPHONE NUMBER: 202-777-4500
            FIRM FAX NUMBER: 202-777-4555

NEW FIRM:   FIRM NAME: Mayer Brown LLP
            FIRM ADDRESS: 1999 K Street NW, Washington, DC 20006
            FIRM TELEPHONE NUMBER: 202-263-3000
            FIRM FAX NUMBER: 202-263-3300

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/18/2023

/s/ Richard S. Snyder
ATTORNEY'S SIGNATURE