UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

*In Re Amazon.com, Inc. eBook Antitrust Litigation* :
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
------------------------------------------------------------X

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED:  2/2/2023                │
└─────────────────────────────────────┘
```

1:21-cv-351

AMENDED ORDER
REFERRING CASE TO
MAGISTRATE JUDGE

GREGORY H. WOODS, District Judge:

The above entitled action is referred to a United States magistrate judge for the following purpose:

 X   General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas corpus

___ Social Security

 X   Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____

All such motions: _____ X _____

SO ORDERED.

Dated:  February 2, 2023
          New York, New York

_____
GREGORY H. WOODS
United States District Judge