UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMAZON.COM, INC., EBOOK ANTITRUST LITIGATION | Case No.: 1:21-cv-00351-GHW-VF |

**NOTICE OF MOTION TO**
**WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4 and upon the Declaration of Nathan Hembree submitted concurrently with this Motion and incorporated fully herein by reference, Freshfields Bruckhaus Deringer US LLP ("Freshfields") hereby moves this Court for an order permitting Freshfields to withdraw as counsel of record for Defendant Hachette Book Group, Inc. and to remove Nathan Hembree's name from the ECF service lists in the above-captioned action. Richard S. Snyder, formerly with the law firm of Freshfields and presently with the law firm of Mayer Brown LLP, will continue to represent Defendant Hachette Book Group, Inc. in this proceeding.

Dated:  March 17, 2023

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:     */s/ Nathan Hembree*
        Nathan Hembree
        601 Lexington Avenue, 31st Floor
        New York, NY 10022
        (212) 277-4000
        nate.hembree@freshfields.com

        *Counsel for Defendant Hachette Book Group, Inc.*