UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMAZON.COM, INC., EBOOK ANTITRUST LITIGATION | Case No.: 1:21-cv-00351-GHW-VF |

### DECLARATION OF NATHAN HEMBREE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Nathan Hembree, pursuant to 28 USC § 1746, declares as follows:

1. I am an associate at the law firm of Freshfields Bruckhaus Deringer US LLP, counsel for Hachette Book Group, Inc. in this matter. I submit this Declaration in compliance with Local Rule 1.4 to respectfully request that I be permitted to withdraw as counsel on behalf of Hachette Book Group, Inc.

2. Richard S. Snyder, formerly of Freshfields Bruckhaus Deringer US LLP and presently with Mayer Brown LLC, will remain counsel of record as requested by Hachette Book Group, Inc., having filed a Notice of Change of Address at ECF No. 176 on January 18, 2023.

3. My withdrawal will not delay the matter or prejudice any party. No retaining or charging lien is being asserted.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2023  
      New York, New York

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:   <u>*/s/ Nathan Hembree*</u>  
      Nathan Hembree  
      601 Lexington Avenue, 31st Floor  
      New York, NY 10022  
      (212) 277-4000  
      nate.hembree@freshfields.com

*Counsel for Defendant Hachette Book Group, Inc.*