UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMAZON.COM, INC., EBOOK ANTITRUST LITIGATION | Case No.: 1:21-cv-00351-GHW-VF |

**DECLARATION OF SARA SALEM IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL**

I, Sara Salem, pursuant to 28 USC § 1746, declares as follows:

1. I am an associate at the law firm of Freshfields Bruckhaus Deringer US LLP, counsel for Hachette Book Group, Inc. in this matter. I submit this Declaration in compliance with Local Rule 1.4 to respectfully request that I be permitted to withdraw as counsel on behalf of Hachette Book Group, Inc.

2. Richard S. Snyder, formerly of Freshfields Bruckhaus Deringer US LLP and presently with Mayer Brown LLC, will remain counsel of record as requested by Hachette Book Group, Inc., having filed a Notice of Change of Address at ECF No. 176 on January 18, 2023.

3. My withdrawal will not delay the matter or prejudice any party. No retaining or charging lien is being asserted.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2023  
        Washington, DC

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:   <u>*/s/ Sara Salem*</u>  
      Sara Salem  
      700 13th Street, NW, 10th Floor  
      Washington, DC 20005  
      (202) 777-4529  
      sara.salem@freshfields.com

*Counsel for Defendant Hachette Book Group, Inc.*