UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMAZON.COM, INC. EBOOK ANTITRUST LITIGATION | Case No. 1:21-cv-351-GHW-VF |

**DECLARATION OF KERON MORRIS**
**IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Keron Morris, pursuant to 28 USC § 1746, declare as follows:

1. I am an associate at the law firm of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), counsel for HarperCollins Publishers LLC ("HarperCollins") in this matter. I submit this Declaration in compliance with Local Rule 1.4 to respectfully request that I be permitted to withdraw as counsel on behalf of HarperCollins.

2. Scott Lent of Arnold & Porter will remain counsel of record on behalf of HarperCollins.

3. My withdrawal will not delay the matter or prejudice any party. No retaining or charging lien is being asserted.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2023

Respectfully submitted,

/s/ Keron Morris
Keron Morris
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-6537
Keron.morris@arnoldporter.com

*Attorney for Defendant HarperCollins Publishers LLC*