

T 206.623.7292   F 206.623.0594

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA 98101

www.hbsslaw.com
**Direct** (206) 268-9320
steve@hbsslaw.com

April 2, 2024

<u>Via ECF</u>

Hon. Valerie Figueredo, United States Magistrate Judge
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

> **MEMO ENDORSED**
>
> [signature]
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> DATED: 4-3-2024
>
> The parties may continue working off the dates included in the current case management plan at ECF No. 146. The May 1, 2024 conference will now be a status conference, at which the parties can update the Court as to their progress in discovery and the parties can discuss further if there is a need for an updated plan.

Re:   *In Re Amazon.com, Inc. eBook Antitrust Litigation*, 1:21-cv-00351 (*eBooks*)

Dear Judge Figueredo:

    Plaintiffs write to Your Honor seeking clarification regarding your initial case management order (ECF No. 234). The parties previously held their Rule 26(f) conference and thereafter submitted a stipulated discovery schedule on April 22, 2022 (ECF No. 146) that you so ordered on April 25, 2022 (ECF No. 147). The parties currently are proceeding based on the dates included in that stipulation.

    Plaintiffs seek your instruction as to whether you would like the parties to submit new or different dates than those that you ordered previously in advance of a case management conference. Alternatively, Plaintiffs request that the Court maintain the current hearing date for a status conference. The parties are prepared to update the Court on their progress in discovery.

    Before submitting this letter, Plaintiffs consulted with counsel for Amazon on March 20 and sent Amazon earlier drafts of the letter on March 26, March 29, and April 1. Counsel for Amazon stated that it agreed in concept with the letter.

April 2, 2024
Page 2

    Sincerely,

    /s/ Steve W. Berman
    Steve W. Berman
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Second Avenue, Suite 2000
    Seattle, WA 98101
    Telephone: 206-623-7292
    Facsimile: 206-623-0594
    steve@hbsslaw.com

    *Attorneys for Plaintiffs*

cc: All Counsel of Record (via ECF)

010888-12/2472129 V5