UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   21-CV-00351 (GHW) (VF)
IN RE AMAZON.COM. INC. EBOOK
ANTITRUST LITIGATION,                                                **ORDER**
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

    As discussed at the status update conference held today, the parties are directed to submit a joint status update in 60 days. The next joint status update is due by **Monday, July 1, 2024.**

    SO ORDERED.

DATED:    New York, New York
               May 1, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge