## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMAZON.COM, INC. EBOOK ANTITRUST LITIGATION | Case No. 1:21-cv-351-GHW-VF |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4 and upon the Declaration of Kellie Lerner submitted concurrently with this Motion and incorporated fully herein by reference, Counsel for Plaintiff Ethan Silverman hereby moves this Court for an order permitting Kellie Lerner to withdraw as counsel of record and to remove Kellie Lerner's name from the ECF service lists in the above-captioned action.

Dated: August 8, 2024

Respectfully submitted,

/s/ Kellie Lerner
Kellie Lerner
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas
Suite 2601
New York, NY 10019
Telephone: (212) 980-7406
KLerner@robinskaplan.com

*Attorney for Plaintiff Ethan Silverman*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: 8-14-2024

Plaintiff's motion for Kellie Lerner to withdraw as counsel of record is GRANTED.

The Clerk of Court is respectfully directed to remove Kellie Lerner's name from the ECF service lists in the above-captioned action and to terminate the motion at ECF No. 263.