# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMAZON.COM, INC. EBOOK ANTITRUST LITIGATION | Case No. 1:21-cv-00351-GHW-VF |

## JOINT STATUS REPORT

**MEMO ENDORSED**

_____
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: 9-13-2024

The parties are directed to file a joint status update on **Tuesday, November 12, 2024**.

The parties jointly provide the following report on their progress in discovery. *See* ECF 258. The parties can provide the following updates:

**1. Discovery**

The parties are working through discovery as discussed below. Over the next month, Plaintiffs intend to work with Amazon's counsel to develop a realistic and agreeable discovery schedule proposal for the Court that would allow the parties adequate time to address currently open items. Amazon was only recently made aware of Plaintiffs' intention to request an adjustment to the discovery schedule, and does not presently believe that an adjustment is necessary. But Amazon will listen to Plaintiffs' proposals in good faith, and formulate a response when it has more information.

Plaintiffs have been reviewing and cataloging Amazon's production of approximately 62,000 documents. Amazon began its production of those documents on June 12, 2024, substantially completed the production on July 17, 2024, and produced additional documents on September 6, 2024. As the parties agreed, Amazon's production consisted of documents that Amazon previously produced to the Connecticut Attorney General (the "Connecticut AG Production"), and Plaintiffs held off on making further discovery requests until they assessed whether the Connecticut AG Production was adequate for Plaintiffs' consumer class action. Based on their review of the production, Plaintiffs have sent Amazon additional requests for discovery on issues relating to class certification and other relevant matters and await Amazon's responses later this month.

Plaintiffs and their experts also have been working with Amazon's transactional data, which Plaintiffs received on July 26, 2024. Plaintiffs have asked Amazon's counsel questions about the data in an effort to resolve any technical data questions informally.

In addition, Plaintiffs have served subpoenas on the Publishers who were previously defendants in this case. Amazon has indicated that it too intends to subpoena documents from the Publishers. Beyond the Publishers, Plaintiffs expect to serve subpoenas on additional third parties in short order.

Given the above, the parties will confer in good faith and update the Court as appropriate.

Respectfully submitted September 12, 2024.

        **HAGENS BERMAN SOBOL SHAPIRO LLP**

        By: /s/ Steve W. Berman
        Steve W. Berman (*pro hac vice*)
        Barbara A. Mahoney (*pro hac vice*)
        1301 Second Avenue, Suite 2000
        Seattle, WA 98101
        Telephone: (206) 623-7292
        Facsimile: (206) 623-0594
        steve@hbsslaw.com
        barbaram@hbsslaw.com

        Nathan Emmons (*pro hac vice*)
        455 North Cityfront Plaza Drive, Suite 2410
        Chicago, IL 60611
        Telephone: (708) 628-4949
        Email: nathane@hbsslaw.com

        *Interim Lead Counsel for the Proposed Class*

        **SPERLING & SLATER, LLC**

        Joseph M. Vanek (*pro hac vice*)
        Paul E. Slater (*pro hac vice*)
        Eamon P. Kelly (*pro hac vice*)
        Alberto Rodriquez (*pro hac vice*)
        55 W. Monroe Street, 32nd Floor
        Chicago, IL 60603
        Telephone: (312) 641-3200
        Facsimile: (312) 641-6492
        jvanek@sperling-law.com
        pes@sperling-law.com
        ekelly@sperling-law.com
        arodriquez@sperling-law.com

Phillip F. Cramer (*pro hac vice*)
Dean Balaes (*pro hac vice*)
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
Facsimile:  (312) 641-6492
pcramer@sperling-law.com

James Almon (*pro hac vice*)
2707 Killarney Way, Suite 202
Tallahassee, FL 32309
Telephone: (850) 354-5300
jalmon@sperling-law.com

*Counsel for Plaintiffs and the Proposed Class*

**WILLIAMS & CONNOLLY LLP**

/s/ John E. Schmidtlein
John E. Schmidtlein (*Pro Hac Vice*)
Jonathan B. Pitt (S.D.N.Y. Bar No. jp0621)
Carl R. Metz (*Pro Hac Vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
Tel.: (202) 434-5000
Fax: (202) 434-5029
JSchmidtlein@wc.com
JPitt@wc.com
CMetz@wc.com

*Attorneys for Defendant Amazon.com, Inc.*