# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMAZON.COM, INC. EBOOK ANTITRUST LITIGATION | Case No. 1:21-cv-00351-GHW-VF |

## JOINT STATUS REPORT

The parties jointly provide the following report on their progress in discovery. *See* ECF 271.

1. **Discovery and Schedule**

In the parties' last status report, Plaintiffs signaled their intention to work with Amazon's counsel on a schedule extension to accommodate outstanding discovery issues. *See* ECF 270 at 1. Among those issues were technical problems and inadvertent data errors that the parties recently discovered with Amazon's data production. The parties therefore have agreed that Amazon will replace its prior data production with a corrected production.

In addition to data discovery, Plaintiffs and Amazon continue to work through discovery requests relating to class certification and other matters.

The parties' third-party discovery efforts are also ongoing. Plaintiffs and Amazon have issued subpoenas to the Big Five Publishers and have been negotiating the scope of data and document productions with them. Further, Plaintiffs have subpoenaed eBook retailers and are making progress on the scope of the retailers' data and document productions.

The parties are finalizing a proposed schedule modification to account for the foregoing developments, which will be submitted separately to the Court for its consideration.

| | |
|---|---|
| DATED: November 12, 2024 | Respectfully submitted,<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br><br>By: */s/ Steve W. Berman*<br>Steve W. Berman (*pro hac vice*)<br>Barbara A. Mahoney (*pro hac vice*)<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com<br>barbaram@hbsslaw.com<br><br>Nathan Emmons (*pro hac vice*)<br>455 North Cityfront Plaza Drive, Suite 2410<br>Chicago, IL 60611<br>Telephone: (708) 628-4949<br>Email: nathane@hbsslaw.com<br><br>*Interim Lead Counsel for the Proposed Class*<br><br>Joseph M. Vanek (*pro hac vice*)<br>Paul E. Slater (*pro hac vice*)<br>Eamon P. Kelly (*pro hac vice*)<br>**SPERLING & SLATER, LLC**<br>55 W. Monroe Street, 32nd Floor<br>Chicago, IL 60603<br>Telephone: (312) 641-3200<br>Facsimile: (312) 641-6492<br>jvanek@sperling-law.com<br>pes@sperling-law.com<br>ekelly@sperling-law.com |

**MEMO ENDORSED**

_____
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
          DATED: 11-13-2024

The parties are directed to file a joint status update on or before **January 13, 2025**.

Phillip F. Cramer (*pro hac vice*)
SPERLING & SLATER, LLC
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
Facsimile: (312) 641-6492
pcramer@sperling-law.com

James Almon (*pro hac vice*)
SPERLING & SLATER, LLC
2707 Killarney Way, Suite 202
Telephone: (850) 354-5300
jalmon@sperling-law.com

*Counsel for Plaintiffs and the Proposed Class*


By: */s/ John E. Schmidtlein*
John E. Schmidtlein (*Pro Hac Vice*)
Jonathan B. Pitt (S.D.N.Y. Bar No. jp0621)
Carl R. Metz (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel.: (202) 434-5000
Fax: (202) 434-5029
JSchmidtlein@wc.com
JPitt@wc.com
CMetz@wc.com

*Attorneys for Defendant Amazon.com, Inc.*

-4-

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above document was served on all attorneys of record through the Court's electronic filing service on November 12, 2024, which will send notification of such filing to the e-mail addresses registered.

/s/ *Steve W. Berman*
Steve W. Berman