**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X   **21-CV-00351 (GHW) (VF)**

IN RE AMAZON.COM. INC. EBOOK
ANTITRUST LITIGATION,   **ORDER**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The Parties are directed to submit a joint status update by **April 18, 2025**.

**SO ORDERED.**

DATED:   New York, New York
February 28, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge