**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X   **21-CV-00351 (GHW) (VF)**

IN RE AMAZON.COM. INC. EBOOK
ANTITRUST LITIGATION,                                                              **ORDER**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

    The parties are directed to submit a joint status update by **June 20, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
              May 23, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge