**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AMAZON.COM, INC. EBOOK ANTITRUST LITIGATION | Case No. 1:21-cv-00351-GHW-VF |

## JOINT STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING AND DISCOVERY SCHEDULE

WHEREAS, on December 12, 2024, the Court ordered the Parties' stipulated discovery order, setting, *inter alia*, a deadline for Plaintiffs' class certification motion on July 7, 2025;

WHEREAS, the Parties have diligently litigated this matter and engaged in extensive good-faith negotiations regarding discovery, including making progress with respect to Amazon's production of data as reported to the Court (*see* ECF No. 276, 278, 282); and

WHEREAS, the Parties have met and conferred about the discovery schedule, and reached agreement that the current schedule should be adjusted to accommodate ongoing discovery;

NOW THEREFORE, the Parties, by and through their counsel, stipulate and agree there is good cause to order the following amended schedule for class certification briefing and class expert deadlines:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiffs' Class Certification Motion | July 7, 2025 | December 5, 2025 |
| Amazon's Class Certification Opposition | September 5, 2025 | February 4, 2026 |
| Plaintiffs' Class Certification Reply | October 6, 2025 | March 6, 2026 |
| Close of Fact Discovery | December 5, 2025 | May 6, 2026 |
| Plaintiffs' Expert Reports | January 5, 2026 | June 5, 2026 |
| Amazon's Expert Reports | March 6, 2026 | August 4, 2026 |
| Close of Expert Discovery (incl. all depositions) | April 3, 2026 | September 1, 2026 |

IT IS SO STIPULATED.

DATED: June 20, 2025                    Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: */s/ Steve W. Berman*
   Steve W. Berman (*pro hac vice*)
Barbara A. Mahoney (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

010888.12/2878460 V1

Nathan Emmons (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Email: nathane@hbsslaw.com

*Interim Lead Counsel for the Proposed Class*

Joseph M. Vanek (*pro hac vice*)
Paul E. Slater (*pro hac vice*)
Eamon P. Kelly (*pro hac vice*)
Alberto Rodriquez (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark St., 25th Floor
Chicago, IL 60654
Telephone: (312) 641-3200
Facsimile:  (312) 641-6492
jvanek@sperlingkenny.com
pes@sperlingkenny.com
ekelly@sperlingkenny.com
arodriquez@sperlingkenny.com

Phillip F. Cramer (*pro hac vice*)
SPERLING KENNY NACHWALTER, LLC
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
Facsimile:  (312) 641-6492
pcramer@sperlingkenny.com

James Almon (*pro hac vice*)
SPERLING KENNY NACHWALTER, LLC
1616-D Metropolitan Circle
Tallahassee, FL 32308
Telephone: (850) 942-4334
jalmon@sperlingkenny.com

*Counsel for Plaintiffs and the Proposed Class*

010888.12/2878460 V1

By: */s/ Carl R. Metz* (with permission)
John E. Schmidtlein (*Pro Hac Vice*)
Jonathan B. Pitt (S.D.N.Y. Bar No. jp0621)
Carl R. Metz (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel.: (202) 434-5000
Fax: (202) 434-5029
JSchmidtlein@wc.com
JPitt@wc.com
CMetz@wc.com

*Attorneys for Defendant Amazon.com, Inc*

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.


Dated: _____    _____

The Honorable Valerie Figueredo
United States Magistrate Judge

010888.12/2878460 V1