UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMAZON.COM, INC. EBOOK ANTITRUST LITIGATION | Case No. 1:21-cv-00351-GHW-VF |

**JOINT STATUS REPORT**

The parties jointly report on their progress in discovery. *See* ECF 283.

1. **Discovery and Schedule**

The parties have informed the Court about their agreement to have Amazon replace its prior data production with a corrected production. ECF 272, 276, 278, 282 (status reports). When the parties submitted their stipulated schedule modification[1], the parties contemplated that Amazon would produce the replacement data by January 7, 2025. They also agreed to submit a further schedule adjustment that would keep the same time intervals if Amazon did not produce the replacement data by January 7th.

Having made substantial progress with respect to data, the parties submitted their agreed proposed schedule adjustment to the Court on June 20, 2025. ECF 284. The parties will continue to work through discovery issues relating to class certification and other matters.

---

[1] *See* ECF 274 (stipulation); ECF 275 (order approving stipulation).

DATED: June 20, 2025								Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By:     /s/ Steve W. Berman
    Steve W. Berman (*pro hac vice*)
Barbara A. Mahoney (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

Nathan Emmons (*pro hac vice*)
455 North Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Email: nathane@hbsslaw.com

*Interim Lead Counsel for the Proposed Class*

Joseph M. Vanek (*pro hac vice*)
Paul E. Slater (*pro hac vice*)
Eamon P. Kelly (*pro hac vice*)
**SPERLING KENNY NACHWALTER, LLC**
321 North Clark Street, 25th Floor
Chicago, IL 60654
Telephone: (312) 641-3200
Facsimile:  (312) 641-6492
jvanek@sperlingkenny.com
pes@sperlingkenny.com
ekelly@sperlingkenny.com

Phillip F. Cramer (*pro hac vice*)
SPERLING KENNY NACHWALTER, LLC
1221 Broadway, Suite 2140
Nashville, TN 37203
Telephone: (312) 224-1512
Facsimile:  (312) 641-6492
pcramer@sperlingkenny.com

James Almon (*pro hac vice*)
SPERLING KENNY NACHWALTER, LLC
1616-D Metropolitan Circle
Tallahassee, FL 32308
Telephone: (850) 942-4334
jalmon@sperlingkenny.com

*Counsel for Plaintiffs and the Proposed Class*


By:  */s/ Carl R. Metz* (with permission)
John E. Schmidtlein (*Pro Hac Vice*)
Jonathan B. Pitt (S.D.N.Y. Bar No. jp0621)
Carl R. Metz (*Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel.: (202) 434-5000
Fax: (202) 434-5029
JSchmidtlein@wc.com
JPitt@wc.com
CMetz@wc.com

*Attorneys for Defendant Amazon.com, Inc.*