UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE AMAZON.COM, INC. EBOOK ANTITRUST LITIGATION | No. 1:21-cv-351-GHW-VF |
|---|---|

**[PROPOSED] ORDER CERTIFYING CLASS AND APPOINTING CLASS COUNSEL**

Pursuant to Federal Rule of Civil Procedure 23(c)(1), and as discussed in a separate Memorandum Opinion and Order issued _____, having reviewed all relevant memoranda, supporting materials, and the criteria set forth in Rule 23, the Court hereby **ORDERS** that:

**I.     Class Certification**

The above captioned action is certified as a class action pursuant to rules 23(b)(2) and 23(b)(3) for purposes of litigation and trial. The Class is defined as follows:

> All persons in the United States who purchased one or more trade eBooks sold by the Publishers via an agency model through Amazon.com on or after January 14, 2017, up through and including the date of certification, at a purchase price of $4.00 to $49.99.

Plaintiffs' claims are hereby certified for class treatment. *See* Fed. R. Civ. P. 23(c)(1)(B).

The Court further finds that the named Plaintiffs – James Piebes, Gina Starr, and Michael Weiss – have satisfied the requirements set forth in Rule 23(a)(4) and are hereby designated Class representatives.

As soon as practicable after entry of this Order, all parties shall meet and confer regarding a plan for dissemination of notice to the Class, pursuant to Fed. R. Civ. P. 23(c)(2), and shall report to the Court by no later than _____.

**II.     Appointment of Class Counsel**

Pursuant to Rules 23(c)(1)(B) and (g)(3) of the Federal Rules of Civil Procedure, the Court appoints Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and Sperling Kenny Nachwalter, LLC ("Sperling Kenny") as Class Counsel.

The Court finds that the designation of Hagens Berman and Sperling Kenny as Class Counsel is in the best interests of the Class because Hagens Berman and Sperling Kenny:

(1) have zealously represented the interests of the class in litigating this case while serving as Interim Lead Class Counsel (Hagens Berman) and counsel for the proposed class;

(2) have extensive relevant experience in complex antitrust litigation and knowledge of the law applicable to this action; and

(3) are willing to commit the resources necessary to represent the class.

IT IS SO ORDERED.

Dated: _____   _____
The Honorable Valerie Figueredo
United States Magistrate Judge