**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE AMAZON.COM. INC. EBOOK
ANTITRUST LITIGATION,
-----------------------------------------------------------------X

**21-CV-00351 (GHW) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge**

     In light of Plaintiffs' letter motion at ECF No. 311 and Defendant Amazon's opposition at ECF No. 316, Plaintiffs are directed to file a letter explaining why the Court should not conclude that Amazon would suffer legal prejudice, as the Honorable Ronnie Abrams concluded about the defendants in In re Actos End-Payor Antitrust Litigation, No. 13-CV-9244 (RA) (SDA), 2023 WL 3868511, at *1 (S.D.N.Y. June 7, 2023). Plaintiffs are directed to submit their letter by **Monday, February 9, 2026, at 5 p.m.**

     **SO ORDERED.**

DATED:    New York, New York
          February 3, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge