UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IN RE AMAZON.COM. INC. EBOOK                    <u>ORDER</u>
ANTITRUST LITIGATION                            21 Civ. 351 (GHW) (GWG)
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

1.    On or before June 15, 2026, the parties are directed to file under seal versions of their memoranda of law (and Docket # 345) that highlight (in yellow or a similar color) the redactions proposed in Exhibits 1 through 4 of Docket # 348.   These documents may be filed as an attachment to a letter.

2.    The Court is aware that Judge Figueredo previously approved the parties' proposal that they publicly file redacted versions of only their memoranda of law, with any exhibits accompanying their motion papers remaining entirely (and seemingly permanently) under seal. <u>See</u> Docket # 298 ¶ 2.   The Court believes, however, that this course of action cannot be squared with <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006), which affords judicial documents, such as these exhibits, a strong presumption of public access and does not permit their sealing absent "specific, on-the-record findings that sealing is necessary."   <u>Id.</u> at 124; <u>see</u> <u>Ndugga v. Bloomberg L.P.</u>, 2026 WL 1042650, at *1 (S.D.N.Y. Apr. 17, 2026).

Accordingly, on or before June 18, 2026, the parties are directed to make an application to seal the portions of the exhibits to their motion papers that can be justified under Lugosch — and only those portions.   The parties are reminded of the narrow window offered by <u>Lugosch</u> for sealing and to tailor any requests for sealing accordingly.

The parties shall attach to their sealing application redacted versions of the exhibits.   The description of the redacted version of each exhibit on ECF shall indicate the location of the sealed version of the exhibit (for example, "Exhibit 1 (redacted version of Docket # 301-1)").[1]

At the same time, the parties shall file a letter under seal that attaches these exhibits in a form that highlights (in yellow or a similar color) the proposed redactions.   The description of the highlighted version of each exhibit on ECF shall indicate the location of the sealed version of the exhibit (for example, "Exhibit 1 (highlighted version of Docket # 301-1)").

---

[1]  In the rare instance that the parties seek to seal the entirety of a multipage exhibit, it is not necessary to file the exhibit with each page redacted.   Instead, a placeholder may be inserted reflecting that the entirety of the exhibit is being withheld.

3.   In the future, the parties must comply with paragraph 1.F of the Court's Individual Practices with regard to any applications to file material under seal.

SO ORDERED.

Dated: June 11, 2026
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

2