UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE AMAZON.COM. INC. EBOOK                                    ORDER
ANTITRUST LITIGATION                                            21 Civ. 351 (GHW) (GWG)
-----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The request to file a surreply brief (Docket # 344) is granted to the following extent: defendant may file a surreply brief of no more than 3000 words (excluding the elements mentioned in the third paragraph of Local Civil Rule 7.1(c)) but only to address arguments purportedly made for the first time in plaintiffs' reply brief and that defendant clearly identifies as such.   Plaintiffs may file a responsive brief of the same length.   Defendant may file new affidavits or other supporting materials only to the extent that they support a specific response to purported new arguments in the reply brief.   The parties are reminded that they are not permitted to "incorporat[e]" documents by reference into their briefs.   See ¶ 2.D of the Court's Individual Practices.

      Because of the imminent departure of a law clerk who is working on this matter, any surreply must be filed by June 23, 2026.   Any response from plaintiffs must be filed by July 1, 2026.

      On a completely separate point, because the Court will not be considering the materials filed at Docket ## 352 and 353 for the reasons explained in Docket # 358, these documents are no longer judicial documents, and thus it is unnecessary to make the sealing application contemplated by Docket # 356.

      Finally, oral argument on the pending motion for class certification (Docket # 299) will take place via video on Wednesday, July 8, 2026, at 10:30 a.m.[1]   The Court will email the attorneys the information needed to connect to the proceeding.   The public may attend by dialing 646-453-4442 and using access code 185 226 639#.   The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.   However, any other recording or dissemination of the proceeding in any form is forbidden.

---

[1] The Court assumes that one or more of the attorneys who would be arguing this motion are not in the New York City area and thus that argument by video is more convenient and can be more easily scheduled.   If, however, both sides prefer to argue in person on July 8, the parties may so inform the Court by means of a jointly approved letter filed on ECF.

Each attorney is directed to ensure that all other parties on the case are aware of the oral argument's date and time.

SO ORDERED.

Dated: June 15, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge