UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE AMAZON.COM. INC. EBOOK ANTITRUST LITIGATION

ORDER
21 Civ. 351 (GHW) (GWG)
-----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

I do not own a Kindle reader but it has come to my attention that since January 14, 2017, I purchased four ebooks on Amazon. I take the following action to avoid any issue that my partiality might be questioned: in the event a class were certified of which I am a member, I hereby renounce putative class membership and waive any future claim that might inure to a member of the class. This renouncing of membership and waiver of any claim shall be irrevocable.

SO ORDERED.

Dated: July 6, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge