**HAGENS BERMAN**

Steve W. Berman                    steve@hbsslaw.com

ATTORNEYS AT LAW
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 SECOND AVENUE, SUITE 2000
SEATTLE, WA 98101

**hbsslaw.com**

(206) 623-7292 phone    (206) 623-0594 fax

July 8, 2026

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square, Courtroom: 519
New York, NY 10007

> Re:    *In re Amazon.com, Inc. eBook Antitrust Litigation*,
>        Case No. 1:21-cv-00351-GHW-GWG (S.D.N.Y.)

Dear Magistrate Judge Gorenstein:

We write in response to the Court's question regarding the record evidence of the number of publisher promotions under $4 price. Because the data does not identify publisher promotions until 2016, the number is unknown, but what the data does reveal is that 94% of identified publisher promotions are under $4. ECF 350 (McClave Reply Report) 7.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*
Steve W. Berman

Counsel for Plaintiffs

cc: All counsel of record (via ECF)