UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE AMAZON.COM. INC. EBOOK ANTITRUST LITIGATION

ORDER
21 Civ. 351 (GHW) (GWG)
---------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

The Court is today filing a Report and Recommendation under seal with respect to the motion for class certification (Docket # 299) recommending that the motion be granted. The Court has transmitted copies of the Report and Recommendation to the lead attorneys by email.

For purposes of the filing of the Report and Recommendation, the Court has temporarily accepted the redactions proposed by the parties in their motions to seal. A ruling on those motions to seal will be issued shortly. The Court is filing the entirety of the Report and Recommendation under seal because it is unable to easily determine which, if any, portions of the Report and Recommendation reveal currently sealed materials.

Because the sealed materials do not ultimately derive from plaintiffs' own documents, the Court directs defendant to review the Report and Recommendation to determine if there are any portions that directly reveal sealed materials. Defendant shall publicly file a letter on ECF as soon as possible (and no later than 3 business days from the date of this Order) that annexes the complete Report and Recommendation showing any proposed redactions, all of which shall be consonant with defendant's previous requests for sealing. At the same time, defendant shall file under seal a letter that attaches a version of the Report and Recommendation that highlights its proposed redactions.

If plaintiffs believe that defendant's proposed redactions do not in fact reveal sealed materials, they shall file a letter within 5 business days thereafter explaining their position.

The parties are reminded that pursuant to 28 U.S.C. § 636(b)(1) and Federal Rules of Civil Procedure 72(b), the parties have fourteen (14) days (including weekends and holidays) from today to file any objection to the Report and Recommendation.

SO ORDERED.

Dated: August 10, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge